In the Matter of the Claim of CORNELIA KAHL, Respondent, against SINCLAIR REFINING COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.

Submitted April 21, 1937; decided May 25, 1937.

*John J. Conners, Jr.* for appellant.

*Harold J. O' Keeffe* for claimant, respondent.

*John J. Bennett, Jr., Attorney-General (Roy Wiedersum* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.